# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | JP Paradise Landscaping LLC | 11/25/2022 | 266299 | Check | $ 4,779.50 |
| Akorn Operating Company, LLC | JP Paradise Landscaping LLC | 12/7/2022 | 266411 | Check | $ 5,214.00 |
| Akorn Operating Company, LLC | JP Paradise Landscaping LLC | 12/14/2022 | 266573 | Check | $ 2,932.87 |
| | | | | | $ 12,926.37 |