## **<u>EXHIBIT 1</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[2]<br><br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>JP PARADISE LANDSCAPING LLC,<br><br>Defendant. | <br><br><br><br>Adv. Proc. No. 25-50283 (KBO)<br><br>**Re: Adv. D.I. 13 & __** |

## ORDER ENTERING STIPULATED JUDGMENT

The Court having considered the *Stipulation to Enter Judgment* attached hereto as Exhibit 1, it is HEREBY ORDERED THAT:

1.      The Stipulation to Enter Judgment is approved.

2.      Judgment is hereby entered against Defendant in favor of Plaintiff as to each count of the Complaint.  The transfer in the amount of $12,926.37 is avoided, and judgment in the amount of $12,926.37, plus post-judgment interest, is entered against Defendant and in favor of Plaintiff.

---

[2]      The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3.      If Plaintiff receives payment of $4,000.00 on or before thirty (30) days from the date of entry of this Judgment, Plaintiff shall take no further action to collect the remaining amount of this Judgment.

4.      Judgment is hereby entered against Defendant in favor of Plaintiff as to Count IV of the Complaint.  All claims filed or that may be filed on account of a debt owed to Defendant are disallowed unless Plaintiff is paid the amount outstanding pursuant to paragraph 2 of this Judgment.

5.      Defendant waives all rights to file or amend any claims pursuant to 11 U.S.C. § 502(h).

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**EXHIBIT 1**

**Stipulation to Enter Judgment**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[3] | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtor. | |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50283 (KBO) |
| v. | |
| JP PARADISE LANDSCAPING LLC, | |
| Defendant. | |

## **STIPULATION TO ENTER JUDGMENT**

The above captioned Plaintiff and Defendant agree to resolve *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* (the "Motion")[4] as follows:

1.        Judgment may be entered against Defendant in favor of Plaintiff as to each count of the Complaint.  The transfer in the amount of $12,926.37 is avoided, and judgment in the amount of $12,926.37, plus post-judgment interest, may be entered against Defendant and in favor of Plaintiff.

---

[3]        The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[4]        Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2.      If Plaintiff receives payment of $4,000.00 on or before thirty (30) days from the date of entry of this Judgment, Plaintiff shall take no further action to collect the remaining amount of this Judgment.

3.      Judgment may be entered against Defendant in favor of Plaintiff as to Count IV of the Complaint.  All claims filed or that may be filed on account of a debt owed to Defendant are disallowed unless Plaintiff is paid the amount outstanding pursuant to paragraph 1 of this stipulation.

4.      Defendant waives all rights to file or amend any claims pursuant to 11 U.S.C. § 502(h).

Dated: December 22, 2025

**SAUL EWING LLP**

/s/ *Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel for Plaintiff*

**MACCO & COREY, P.C.**

/s/*Cooper J Macco*
Cooper J Macco, Esq.
2950 Express Drive South
Suite 109
Islandia, NY 11749
Telephone: 631-549-7900 (x318)
cmacco@maccolaw.com

*Counsel for Defendant*

**JP Paradise Landscaping, LLC**

Marra Portillo - Orellana
**Managing Member**